Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

M. Erik Clark, 188694
Borowitz & Clark, LLP
100 N. Barranca Street, Ste. 700, #26
West Covina, CA 91791
626-332-8600 Tel.
626-332-8644 Fax.
notices@blclaw.com

☒ *Attorney for*: Plaintiff

FOR COURT USE ONLY

**FILED & ENTERED**

**JUN 04 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY mohammad DEPUTY CLERK**

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

In re:

CAROLINE CASTRO

Debtor(s)

CAROLINE CASTRO

Plaintiff(s)

vs.

NAVIENT SOLUTIONS, LLC

Defendant(s)

CASE NO.: 2:25-bk-21589-VZ

CHAPTER: 13

ADVERSARY NO.: 2:26-ap-01096-VZ

**ORDER ON APPLICATION OF
NON-RESIDENT ATTORNEY TO APPEAR IN
A SPECIFIC CASE [LBR 2090-1(b)]**

[No hearing required per LBR 2090-1(b)(6)]

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows: ☒ The Application is granted and the following person may appear as requested in the above-entitled bankruptcy case and adversary proceeding (*specify name of applicant*): **Stanley Tate**, Bar No.: 66564MO

### 

Date: June 4, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                              **F 2090-1.2.ORDER.NONRES.ATTY**